In the Matter of the Transfer Tax upon the Estate of SUSAN S. PATTERSON, Deceased.

HENRY C. PATTERSON et al., Appellants; THE COMP-TROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Patterson*, 146 App. Div. 286, affirmed.
(Argued February 14, 1912; decided March 5, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 22, 1911, which affirmed a decree of the Chautauqua County Surrogate's Court assessing a transfer tax upon transfers under a certain deed of trust executed by Susan S. Patterson, deceased.

*William L. Marcy, William T. Plumb* and *Helen Z. M. Rodgers* for appellants.

*William Law Stout* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.